**No. 44272.**—Protests 959772–G, etc., of Brunswig Drug Co. et al. (Los Angeles).

Opinion by CLINE, J.   In accordance with stipulation of counsel and on the authority of *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253) Amer Picon was held dutiable at $2.50 per gallon under paragraph 802 as claimed.

**No. 44273.**—Protest 973136–G of Henry Pollak, Inc. (New York).

Opinion by CLINE, J.   The record shows that the Panama hat bodies in question were exempt from marking by an order in T. D. 44992, paragraph 11. There was a cotton band securely fastened around each bundle of hats which was marked in legible English words, and the cases or burlap coverings were marked with the country of origin.   On the authority of Abstract 34552 the protest was sustained.

**No. 44274.**—Protest 22505–K of Ossola Bros., Inc. (New York).

Opinion by CLINE, J.   The record shows that attached to each basket was a paper label having the word "Italy" printed thereon, and that the baskets were the immediate containers of the origanum.   On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) the protest was sustained.   *American Hatters* v. *United States* (1 Cust. Ct. 111, C. D. 31) and Abstracts 40549, 41128, and 42581 cited.

**No. 44275.**—Protest 986075–G of Advance Solvents & Chemical Corp. (New York).

Opinion by CLINE, J.   The record showed that 992 bags of the sodium sulphate were legibly marked with the words "Made in Germany."   The protest was sustained to that extent.

**No. 44276.**—Protest 7810–K of Pyridium Corp. (New York).

Opinion by CLINE, J.   There was no appearance on the part of the plaintiff when this case was called for trial.   On the record presented the protest was overruled.